```
1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  TARA I. ALLEN, Bar #235549
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CAROLINE MAGEE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    ) Cr. No. S-06-0043-KJM
                             )
            Plaintiff,       ) STIPULATION AND ORDER
                             )
     v.                      ) Date:  May 18, 2006
                             ) Time:  10:00 a.m.
CAROLINE MAGEE,              ) Judge: Kimberly J. Mueller
                             )
            Defendant.       )
                             )
_____)
```

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, CAROLINE MAGEE, by and through her counsel TARA I. Allen of the Federal Defenders Office, stipulate that the trial confirmation hearing set for May 4, 2006 and the jury trial set for May 22, 2006 be vacated and a new trial confirmation hearing be set for May 18, 2006 and a jury trial be set for June 12, 2006 at 10:00 a.m.

This continuance is requested to allow time for defense counsel to review and investigate the discovery received from the government on April 18, 2006.

The parties agree that the Court should exclude time under the

1  Speedy Trial Act from the date of this order through the date of the
2  jury trial set for June 12, 2006 at 10:00 a.m. pursuant to 18 U.S.C. §
3  3161 (h)(8)(B)(iv) for reasonable time to prepare and Local Code T4.

5  Dated: April 28, 2006

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Acting Federal Defender

                                          /s/ Tara I. Allen
                                          _____
                                          TARA I. ALLEN
                                          Staff Attorney
                                          Attorney for Defendant
                                          CAROLINE MAGEE

   Dated:  April 28, 2006                 MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Matthew Stegman
                                          _____
                                          MATTHEW STEGMAN
                                          Assistant U.S. Attorney


                              **O R D E R**

20     FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice
21  served by granting this continuance outweigh the best interest of the
22  public and the defendant in a speedy trial.  Time is excluded under
23  Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 from the date of
24  this Order to the jury trial date of June 12, 2006.
25  ///
26  ///
27  ///
28  ///

2

1  IT IS SO ORDERED that the trial confirmation hearing is now set
2 for May 18, 2006 and the jury trial is now set for June 12, 2006 at
3 10:00 a.m.
4 IT IS SO ORDERED.

6 Dated: April 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE