UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**

Honorable Kimberly J. Meuller
United States Magistrate Judge
Sacramento, California

                        RE:    Caroline E. MAGEE
                                Docket Number: 2:06CR00043-01
                                **REQUEST TO CONTINUE SENTENCING**

Your Honor:

On May 25, 2006, Caroline Magee pled guilty to Driving Under the Influence of Alcohol with a Prior Conviction. Sentencing was originally scheduled for August 3, 2006, but was continued to September 21, 2006. On that date, defense counsel presented a plan to the Court which would have Ms. Magee evaluated for a treatment program to address her counseling needs. The matter was continued to Thursday, September 28, 2006, to allow defense counsel to develop the plan and submit it to the probation office. Unfortunately, I am not available on September 28, 2006, and it is requested the matter be continued to October 5, 2006. The parties have no objection to the continuance.

Since court on September 21, 2006, the defense attorney has scheduled an appointment for Ms. Magee to be evaluated by Dr. Linda Barnard. Dr. Barnard has led defense counsel to believe she may be able to suggest a treatment plan after she evaluates Ms. Magee. This evaluation has been scheduled for Tuesday, October 3, 2006. Defense counsel has assured me that Dr. Barnard will give me a verbal summary of her evaluation before court on the 5th.

In the meantime, defense counsel has provided records documenting efforts to find a program for Ms. Magee. Ms. Magee has been assisting her attorney in this effort, but thus far, nothing has panned out. I feel compelled to note Ms. Magee promised me during our interview on June 14, 2006, three months ago, that she was actively seeking treatment. If she had followed through on her promise, I am certain she would be in a program today.

RE: Caroline E. MAGEE
Docket Number: 2:0600043-01
**REQUEST TO CONTINUE SENTENCING**

If I can be of further assistance, please contact me at 930-4317.

Respectfully submitted,

*Linda Alger*

LINDA L. ALGER
**Senior United States Probation Officer**

Dated:   September 27, 2006
         Sacramento, California
         LLA/sda

**REVIEWED BY:**   *Karen A. Meusling*

KAREN A. MEUSLING
**Supervising United States Probation Officer**

Attachment(s)

cc:   Laura Friedman, Certified Law Student
      United States Attorney's Office

      Tara Allen, Staff Attorney
      Federal Defender's Office

==========================================================================

AGREE: __X__                                    DISAGREE: _____

*Kimberly J. Meuller*                            9/27/06
KIMBERLY J. MEULLER                              DATE
United States Magistrate Judge