1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TARA I. ALLEN, Bar #235549
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   CAROLINE MAGEE

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,     )
                                 )      CR.S. 06-00043-KJM
10              Plaintiff,        )
                                 )      **STIPULATION AND ORDER TO**
11       v.                       )      **CONTINUE SELF SURRENDER DATE**
                                 )
12                                )
   CAROLINE MAGEE,               )
13                                )
                Defendant.        )      JUDGE: Hon. Kimberley J. Mueller
14                                )
   _____

15

16

17      It is hereby stipulated and agreed to between the United States of

18  America through MATTHEW STEGMAN, Assistant U.S. Attorney, and

19  defendant, CAROLINE MAGEE, by and though her counsel, TARA I. ALLEN,

20  Staff Attorney, to the following:

21       1.   That this defendant was sentenced to 20 days of imprisonment

22  and has a self-surrender date of November 9, 2006.

23       2.   That because this defendant has a medical condition she will

24  be residing in a residential treatment facility from November 1, 2006

25  to December 1, 2006.  The defendant is requesting an extension of her

26  voluntary surrender date.

27       3.    That United States Probation Officer, Linda Alger, and the

28  defendant have agreed that Ms. Magee's two office visits with her

1 | psychiatrist will be completed before Ms. Magee goes to her residential

2 | program.

3 | 4.   That defense counsel has been in contact with United States

4 | Probation Officer, Linda Alger and Certified Law Clerk, Laura Friedman

5 | with the United States Attorneys Office, and they have no objection to

6 | continuing this defendant's self-surrender date.

7 | Therefore, it is hereby agreed that the defendant's self

8 | surrender date of Thursday, November 9, 2006 be continued to Tuesday,

9 | December 5, 2006 at 2:00 p.m.

10 | DATED: October 25, 2006          Respectfully submitted,

11 |                                  DANIEL J. BRODERICK
   |                                  Federal Defender
12 |
   |                                  /s/ Dennis S. Waks for
13 |                                  _____
   |                                  TARA I. ALLEN
14 |                                  Attorney for Defendant
   |                                  CAROLINE MAGEE
15 |

16 |                                  McGREGOR SCOTT
   |                                  United States Attorney
17 |

18 |                                  /s/ Tom Flynn for
   | DATED: October  25, 2006         _____
19 |                                  MATTHEW STEGMAN
   |                                  Assistant U.S. Attorney
20 |

21 |                          **O R D E R**

22 | **IT IS SO ORDERED.**

23 | DATED: October 27, 2006.

24 |                                  _____
   |                                  U.S. MAGISTRATE JUDGE
25 |

26 |

27 |

28 |

**2**