# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**CAROLINE MAGEE**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:06CR00043-01**

Tara Allen, AFD
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of charges  2-4  as alleged in the violation petition filed on 5/10/2007 .
[✔] was found in violation of conditions of supervision as to charges  1  after denial of guilt, as alleged in the violation petition filed on  5/10/2007 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on  6/28/2007  .

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔] Supervised Release Violation Petition filed on 6/22/2007 is dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

6/28/07
Date of Imposition of Sentence

*(signature)*

**KIMBERLY J. MUELLER**, United States Magistrate Judge
Name & Title of Judicial Officer

July 12, 2007.
Date

CASE NUMBER: 2:06CR00043-01  
DEFENDANT: CAROLINE MAGEE

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Failure to Participate in Program of Drug Testing | 2/19/07, 3/28/07 & 4/19/07 |
| 2 | Use of a Controlled Substance | 12/28/06 & 1/10/07 |
| 3 | Use of Alcohol | 1/10/07 |
| 4 | Failure to Pay Fine | 5/3/07 |

CASE NUMBER:        2:06CR00043-01                                                              Judgment - Page 3 of 3
DEFENDANT:          CAROLINE MAGEE

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 months .

[✔]   The court makes the following recommendations to the Bureau of Prisons:
        As close to Yuba County as possible.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
    Deputy U.S. Marshal