Case 2:06-cr-00043-KJM Document 33 Filed 10/05/07 Page 1 of 5

AO 245D-CAED (Rev 9/01) Sheet 1 - Judgment in a Criminal Case for Revocation   Case 2:06-cr-00043-KJM Document 32   Filed 07/13/2007   Page 1 of 3



RECEIVED
UNITED STATES MARSHAL

07 OCT -2 PM 12: 31

EASTERN DISTRICT
OF CALIFORNIA

# United States District Court

## Eastern District of California

OCT  5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

**CAROLINE MAGEE**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **2:06CR00043-01**

Tara Allen, AFD

Defendant's Attorney

## THE DEFENDANT:

[✔]   admitted guilt to violation of charges  2-4  as alleged in the violation petition filed on 5/10/2007 .

[✔]   was found in violation of conditions of supervision as to charges  1  after denial of guilt, as alleged in the violation
petition filed on  5/10/2007 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|

See next page.

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on  6/28/2007 .

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed
pursuant to the Sentencing Reform Act of 1984.

[✔]   Supervised Release Violation Petition filed on 6/22/2007 is dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30
days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments
imposed by this judgment are fully paid.

6/28/07

Date of Imposition of Sentence

**KIMBERLY J. MUELLER,** United States Magistrate Judge

Name & Title of Judicial Officer

July 12, 2007.

Date

| CASE NUMBER: | 2:06CR00043-01 | Judgment - Page 2 of 3 |
|---|---|---|
| DEFENDANT: | CAROLINE MAGEE | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Failure to Participate in Program of Drug Testing | 2/19/07, 3/28/07 & 4/19/07 |
| 2 | Use of a Controlled Substance | 12/28/06 & 1/10/07 |
| 3 | Use of Alcohol | 1/10/07 |
| 4 | Failure to Pay Fine | 5/3/07 |

CASE NUMBER:      2:06CR00043-01                                    Judgment - Page 3 of 3
DEFENDANT:        CAROLINE MAGEE

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 months .

[✔]    The court makes the following recommendations to the Bureau of Prisons:
        As close to Yuba County as possible.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ___7/26/07___ to ___FCI Aib/iN___

at ___Dublin,___ /H . with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
        Deputy U.S. Marshal

**FILED**

JUL 1 3 2007

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SUTTER
CLERK OF THE COURT
By _____ Deputy

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SUTTER

PEOPLE OF THE STATE OF CALIFORNIA, )
        Plaintiff, )
                  )   **NO.** CRF07-1986
vs.                     )
                  )   **ORDER FOR REMOVAL**
CAROLINE MAGEE, )   **OF PRISONER**
X-4347755             )
        Defendant. )

COUNTY OF SUTTER.

THE PEOPLE OF THE STATE OF CALIFORNIA TO ALL WARDENS -

DEPARTMENT OF CORRECTIONS/SHERIFFS:

An order having been made this day, that CAROLINE MAGEE, DOB: 02/01/70, be

produced in the Superior Court of Sutter County, 446 Second Street, Yuba City,

California, on **July 17, 2007 at 3:00 p.m.**, to be prosecuted or examined for the crime of

|  |  |
|---|---|
| 23152(A)/23550 | VC |
| 23152(B)/23550 | VC |
| 23578 | VC |
| 23152-3 | VC |
| 14601.5(A) | VC |
| 22350 | VC |
| 23223(A) | VC |
| 29550 25 | GC |

You are commanded to deliver the prisoner into the custody of the Sutter County Sheriff, and upon the conclusion of the proceedings, return the defendant back to the

county/prison from which the defendant was removed.

DATED: July 13, 2007

JUDGE OF THE SUPERIOR COURT

Case 2:06-cr-00043-KJM   Document 33   Filed 10/05/07   Page 5 of 5

**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA 95814**
(916) 498-5700   Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

TO!

Sue

**FAX TRANSMITTAL SHEET**

FROM

DATE:   July 16, 2007     OK G

TO:   Gary Yandell, United States Marshal    874-5660

Fax No:

FROM:   Katina Whalen, Assistant Paralegal

Number of Pages (including cover page): 2   Here's the new order

Remarks: Attached is the Order for Removal of Prisoner for Caroline Magee. We just spoke

with the Sutter County Clerk. The officer has already been to Sac Co. Jail and return to Sutter

County. The clerk is going to issue a new order for the court date and they will pick her up on

July 17th. Also, Judge Mueller ordered in her judgment (also enclosed pg 5) that she do her

time closest to Yuba County. It may be best if they just keep her. I have a call into Terri at

Designations. She will call me back on Monday. I will forward the new order to you on

Monday too. Thx   Original to follow _____    Original will not follow _____

**CONFIDENTIALITY NOTE**

THE DOCUMENTS ACCOMPANYING THIS FACSIMILE TRANSMISSION CONTAIN INFORMATION WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED TO BE FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TRANSMISSION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY. THANK YOU.